**656**

**John E. LYON and Fannie Lyon,
his wife, Appellants,**

v.

**Viola W. LILE and Tedd Burgin, Appellees.**

Court of Appeals of Kentucky.

March 2, 1973.

Ephraim K. Lawrence, Louisville, for appellants.

William A. Buckaway, Jr., Louisville, for appellees.

Opinion of the Court by Special Commissioner WILLIAM R. DUNN, affirming.*

**Harold VANDERPOOL, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 2, 1973.

Harold Vanderpool, pro se.

Ed W. Hancock, Atty. Gen., Carl T. Miller, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner VANCE, affirming.*

**Charles Wesley PRICE, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 2, 1973.

Carol W. Johnson, Hopkinsville, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, affirming.*

**James Ray JOHNSON, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 2, 1973.

James Ray Johnson, pro se.

Ed W. Hancock, Atty. Gen., Jackson D. Guerrant, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, affirming.*

* Opinion ordered not to be published.